# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2708
_____

WILLIAM D. PYLE,

Petitioner,

v.

RICKY D. DIXON, Sec'y, Dept. of
Corrections,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


May 29, 2024


PER CURIAM.

DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

William D. Pyle, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.